IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THE GLASS EDGE, INC.,            )
                                 )
            Plaintiff,           )        8:10CV2
                                 )
     v.                          )
                                 )
ABF FREIGHT SYSTEM, INC., and    )        ORDER
F-M ENTERPRISES, INC.,           )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on the stipulated dismissal with prejudice (Filing No. 10).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice.

DATED this 30th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court